**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**HOANG TRONG LE**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **HOANG TRONG LE,** | No.   2:19-cv-00751-DMC(SS) |
| **Plaintiff,** | |
| | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **Andrew Saul,** | |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** / | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to April 27, 2020.

This is a first extension. Plaintiff's attorney must work through an unusually large number of cases at this time. For example, this may be one of five cases in which the administrative records were all filed by defendant on the same day, triggering a scheduled motion for summary judgment. At the same time, counsel had been --- and will be even more so

[Pleading Title] - 1

in May, if the hearings in these cases are not halted altogether because of the COVID—19 situation --- having to handle an above-average number of hearings of these cases because his local hearing office off-loaded many to a second hearing office. However, in part because of canceling a vacation because of this virus, counsel has almost no hearings in April. Counsel is attempting to schedule and complete this backlog of motions during April, and this is his last proposed date for these opening briefs, with a Ninth Circuit reply brief due three days later.

Dated: March 18, 2020  /s/  *Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff


McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration


Dated: March 18, 2020   */s/ per e-mail authorization*
BEN A. PORTER
Special Assistant U.S. Attorney
Attorney for Defendant

**ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to April 27, 2020.


Dated: March 19, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE