**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**HOANG TRONG LE**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **HOANG TRONG LE,** | **No.   2:19-cv-00751-DMC** |
| **Plaintiff,** | |
| | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **Andrew Saul,** | |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to May 4, 2020.

This is a second extension, requesting an additional week, for essentially the reasons given in requesting the first extension: plaintiff's attorney worked through a large volume of these cases during the second half of March through the end of April, including because five administrative records were filed on the same day. Counsel has fallen only a little behind in the attempted schedule

for doing so. However, the brief in this case is currently due April 27, but counsel will be filing the brief in the case before this then and then must do a Ninth Circuit reply brief by April 30 before this motion.


Dated:    April 26, 2020                          /s/    *Jesse S. Kaplan*
                                                  JESSE S. KAPLAN
                                                  Attorney for Plaintiff



                                                  McGREGOR W. SCOTT
                                                  United States Attorney
                                                  DEBORAH LEE STACHEL
                                                  Regional Counsel, Region IX
                                                  Social Security Administration


Dated:   April 27, 2020                           */s/ per e-mail authorization*
                                                  BEN A. PORTER
                                                  Special Assistant U.S. Attorney
                                                  Attorney for Defendant




                                    **ORDER**


        For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to May 4, 2020.

        SO ORDERED.



Dated:  April 29, 2020                            _____
                                                  DENNIS M. COTA
                                                  UNITED STATES MAGISTRATE JUDGE