**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**HOANG TRONG LE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **HOANG TRONG LE,** | No.   2:19-cv-00751-DMC |
| **Plaintiff,** | |
| | **STIPULATION AND ORDER** |
| | **FOR  EXTENSION OF** |
| | **TIME TO FILE PLAINTIFF'S** |
| **v.** | **REPLY BRIEF** |
| **Andrew Saul,** | |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |

It is hereby stipulated between the parties by their opposed counsel, the undersigned, that plaintiff may have until June 29, 2020, to file a reply brief in this matter.

This is a first request, based on plaintiff's counsel's hearing and briefing schedule, including having just completed a motion for summary judgment, having three hearings today and tomorrow, and having to prepare a Ninth Circuit brief due several days from today.

Dated:    June 16, 2020                                  /s/    *Jesse S. Kaplan*
                                                         JESSE S. KAPLAN
                                                         Attorney for Plaintiff

[Pleading Title] - 1


McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated: June 16, 2020

   /s/ per e-mail authorization
BEN A. PORTER
Special Assistant U.S. Attorney
Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is extended to June 29, 2020.

SO ORDERED.

Dated: June 25, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE