**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOANG TRONG LE, | No. 2:19-CV-0751-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). A review of the docket reflects that plaintiff has informed the Court regarding consent to proceed before a United States Magistrate Judge. Accordingly, the order to show cause issued on July 17, 2020, is hereby discharged.

IT IS SO ORDERED.

Dated: August 6, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1